CR 21-273 DSD/DTS

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | **INDICTMENT** |
|---|---|
| Plaintiff, | 18 U.S.C. § 922(g)(1) |
| v. | 18 U.S.C. § 924(d)(1) |
| MEHRAN MAKARI SAHELI, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Felon in Possession of a Firearm)

On or about April 25, 2020, in the State and District of Minnesota, the defendant,

**MEHRAN MAKARI SAHELI,**

having previously been convicted of the following crime, which was punishable by a term of imprisonment exceeding one year:

| Crime | Jurisdiction of Conviction | Date of Conviction (on or about) |
|---|---|---|
| Possession of a Fraudulent Immigration Document | U.S. District Court – District of Minnesota | July 7, 2009 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Ruger SR9 9-millimeter pistol bearing serial



SCANNED
DEC 22 2021
U.S. DISTRICT COURT MPLS

number 33469337, all in violation of Title 18, United States Code, Sections 922(g) and 924(a)(2).

## FORFEITURE ALLEGATIONS

If convicted of Count 1 of this Indictment, the defendant,

### MEHRAN MAKARI SAHELI,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms, ammunition, and accessories (including magazines) involved in or used in any knowing violation of Title 18, United States Code, Section 922(g), including, but not limited to, a Ruger SR9 9-millimeter pistol bearing serial number 33469337 and any ammunition and accessories seized therewith.

A TRUE BILL

_____   _____
ACTING UNITED STATES ATTORNEY    FOREPERSON